JOHN J. DELANEY, Appellant, v. LOTTI S. DELANEY (Sometimes Called LOTTI S. PHILLIPS), Respondent.— Order vacating a levy under a warrant of attachment

affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.